**Order filed April 15, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00595-CR
_____

**CARL LEE SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1247979**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 1, a CD of statement; State's Exhibit 2, a CD of statement; State's Exhibit 3, a CD of Statement; State's Exhibit 4, a CD of statement; State's Exhibit 30, a scene**

**video; State's Exhibit76, a security camera video; State's Exhibit 76A, a video, State's Exhibit 98, defendant's statement; State's Exhibit 99, defendant's statement; State's Exhibit 100, defendant's statement; State's Exhibit 101, defendant's statement.**

The clerk of the 351st District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 3, a CD of Statement; State's Exhibit 4, a CD of statement; State's Exhibit 30, a scene video; State's Exhibit76, a security camera video; State's Exhibit 76A, a video, State's Exhibit 98, defendant's statement; State's Exhibit 99, defendant's statement; State's Exhibit 100, defendant's statement; State's Exhibit 101, defendant's statement, on or before **April 27, 2015.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 3, a CD of Statement; State's Exhibit 4, a CD of statement; State's Exhibit 30, a scene video; State's Exhibit76, a security camera video; State's Exhibit 76A, a video, State's Exhibit 98, defendant's statement; State's Exhibit 99, defendant's statement; State's Exhibit 100, defendant's statement; State's Exhibit 101, defendant's statement, to the clerk of the 351st District Court.


PER CURIAM